UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERMAN R. PALENCIA (A-071-580-050),

                Petitioner,

      v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

                Respondents.

No.  1:26-cv-01058-DJC-CSK

ORDER

Petitioner German R. Palencia (A-071-580-050), an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

1

(9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 10) is GRANTED as to claim one (due process) and DENIED as to claims two and three (third country removal).

3. Respondents are ordered to provide petitioner German R. Palencia (A-071-580-050) with a bond hearing before a neutral decisionmaker within **fourteen (14) days** of the date of this order where the government bears the burden of establishing by clear and convincing evidence that petitioner poses a danger to the community or a flight risk.

4. Because petitioner is proceeding pro se, respondents are further directed to file a status report within seven (7) days from the date of the bond hearing.

5. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 7, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. *See* 28 U.S.C. § 2253; *Harrison v. Ollison*, 519 F.3d 952 (9th Cir. 2008).