ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GERMAN R. PALENCIA,

                 Petitioner,

         v.

WARDEN,

                 Respondent.

No. 1:26-CV-01058-DJC-CSK

**ORDER FOR EXTENSION OF TIME**

    Good cause being shown, the Court hereby grants Respondent's motion for an extension of time through and including Monday, June 29, 2026, to respond to Petitioner's amended motion to enforce judgment. Petitioner's response deadline is similarly extended by two days.

It is so ORDERED

Dated: 6/29/2026

/s/ Daniel J. Calabretta
Honorable DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE